IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **FRANK BUELNA et al.** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| **CITY OF PHILADELPHIA et al.** | : | **NO. 01-5114** |

## JUDGMENT

**AND NOW**, this            day of ,                    2006, judgment is hereby entered in favor of defendants SEPTA, Edward Kaiser, Daniel Butler and against plaintiffs Frank Buelna, Jose Rodriguez, Nathan Buelna in the amount of $1,577.50.

                                                            S/ Michael E. Kunz
**MICHAEL E. KUNZ
CLERK OF COURT**